**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. CUSTOMS AND<br>BORDER PROTECTION,<br>1300 Pennsylvania Avenue NW<br>Washington, DC 20229<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 18-cv-1337<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1.      Plaintiff American Oversight brings this action against U.S. Customs and Border

Protection under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory

Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel

compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B)

and 28 U.S.C. §§ 1331, 2201, and 2202.

3.      Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C.

§ 1391(e).

4.      Because Defendant has failed to comply with the applicable time-limit provisions

of the FOIA, American Oversight is deemed to have exhausted its administrative remedies

pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agency

from continuing to withhold agency records and ordering the production of agency records improperly withheld.

## PARTIES

5.      Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to the promotion of transparency in government, the education of the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information it gathers, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6.      Defendant U.S. Customs and Border Protection (CBP) is a component of the U.S. Department of Homeland Security (DHS) and is headquartered in Washington, DC. DHS is a department of the executive branch of the U.S. government and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). CBP has possession, custody, and control of the records that American Oversight seeks.

## STATEMENT OF FACTS

7.      On October 20, 2017, CBP tweeted pictures of four men awaiting dispositions on felony criminal immigration violations with the hashtag "#CatchOfTheDay."

8.      On October 24, 2017, American Oversight submitted a FOIA request to CBP[1] seeking the following records:

_____

[1] American Oversight also submitted the request to DHS but is only seeking relief against CBP in this Complaint.

1. All electronic mail containing any of the following terms:
   a. Catch of the Day
   b. #CatchOfTheDay
   c. Keeping America Safe
   d. #KeepingAmericaSafe

2. All electronic mail containing the word "hashtag" and any of the following words or phrases:
   a. S1
   b. S2
   c. Secretary
   d. Deputy Secretary
   e. DepSec
   f. Kelly
   g. Duke

3. All electronic mail containing any hashtags ("#") and any of the following words or phrases:
   a. Illegal
   b. Illegals
   c. Alien
   d. Aliens
   e. Felon
   f. Felons
   g. Criminal
   h. Criminals

American Oversight sought all responsive records from January 20, 2017, through the date of the search, and limited CBP's search to the following offices:

- The Office of the Commissioner, including the Commissioner, Chief of Staff, Deputy Chief of Staff, and Deputy Chief of Staff;
- The Office of the Deputy Commissioner, including the Deputy Commissioner and the Deputy Commissioner's Chief of Staff;
- The Office of Public Affairs, including the Assistant Commissioner for Public Affairs;
- The Chief of the U.S. Border Patrol;
- The Executive Assistant Commissioner for Field Operations;
- The Executive Assistant Commissioner for Air and Marine Operations; and
- The Executive Assistant Commissioner for Trade.

9. CBP assigned the request tracking number CBP-2018-005705.

*Exhaustion of Administrative Remedies*

10.     As of the date of this Complaint, Defendant has failed to (a) notify American

Oversight of any determination regarding the request, including the scope of any responsive

records Defendant intend to produce or withhold and the reasons for any withholdings; or

(b) produce the requested records or demonstrate that the requested records are lawfully exempt

from production.

11.     Through Defendant's failure to respond to American Oversight's FOIA request

within the time period required by law, American Oversight has constructively exhausted its

administrative remedies and seeks immediate judicial review.

**COUNT I**
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Conduct Adequate Search for Records**

12.     American Oversight repeats the allegations in the foregoing paragraphs and

incorporates them as though fully set forth herein.

13.     American Oversight properly requested records within the possession, custody,

and control of the Defendant.

14.     Defendant is a component of a federal agency subject to FOIA and must therefore

make reasonable efforts to search for requested records.

15.     Defendant has failed to promptly review agency records for the purpose of

locating those records which are responsive to American Oversight's request.

16.     Defendant's failure to conduct adequate searches for responsive records violates

FOIA.

17.     Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring Defendant to promptly make reasonable efforts to search for records responsive to American Oversight's FOIA request.

**COUNT II**
**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Records**

18.     American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

19.     American Oversight properly requested records within the possession, custody, and control of the Defendant.

20.     Defendant is a component of a federal agency subject to FOIA and must therefore release in response to a FOIA request any non-exempt records and provide a lawful reason for withholding any materials.

21.     Defendant is wrongfully withholding non-exempt agency records requested by American Oversight by failing to produce non-exempt records responsive to its FOIA request.

22.     Defendant is wrongfully withholding non-exempt agency records requested by American Oversight by failing to segregate exempt information in otherwise non-exempt records responsive to American Oversight's FOIA request.

23.     Defendant's failure to provide all non-exempt responsive records violates FOIA.

24.     Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring Defendant to promptly produce all non-exempt records responsive to its FOIA request and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendant to conduct searches reasonably calculated to uncover all records responsive to American Oversight's FOIA request identified in this Complaint;

(2) Order Defendant to produce, within twenty days of the Court's order, by such other date as the Court deems appropriate, any and all non-exempt records responsive to American Oversight's FOIA request and indexes justifying the withholding of any responsive records withheld under claim of exemption;

(3) Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA request;

(4) Award American Oversight attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated: June 6, 2018

Respectfully submitted,

*/s/ Cerissa Cafasso*
Cerissa Cafasso
D.C. Bar No. 1011003

*/s/ John E. Bies*
John E. Bies
D.C. Bar No. 483730

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
cerissa.cafasso@americanoversight.org
john.bies@americanoversight.org

*Counsel for Plaintiff*